Russell Thayer, Appellant, v. Grant B. Schley and Others, Respondents. — Judgment affirmed, with costs, on opinion on former appeal (137 App. Div. 166).

James K. Holly, Appellant, v. Henry C. Copeland, Respondent.— Judgment and order affirmed, with costs. No opinion.

The City of New York, Respondent, v. James W. Hough and John T. McMahon, Impleaded with Ferdinando Gallo and Illinois Surety Company, Appellants.— Judgment and order affirmed, with costs. No opinion. Laughlin, J., dissenting, as to defendant Illinois Surety Company on the ground that Gallo was acting merely as a blaster. Order to be settled on notice.

William Morrissey and Annie Morrissey, Respondents, v. Pasquale A. Riche, Appellant.— Judgment and order affirmed, with costs. No opinion.

James A. Gross, Appellant, v. Title Guarantee and Trust Company, Respondent.— Judgment affirmed, with costs. No opinion.

In the Matter of the Probate of the Last Will and Testament of Pauline Dastler, Deceased, as a Will of Real and Personal Property. Emilie Degen and Others, Appellants; Oswald F. Rohe, an Executor Named in the Last Will and Testament of Pauline Dastler, Deceased, and Edward F. P. Amend, Respondents.— Decree affirmed, with costs. No opinion.

C. Douglass Green, Appellant, v. L. Gabriel des Garets, Impleaded with Francis Waddington, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Richard Moore, Appellant.— Judgment and order affirmed. No opinion.

Lyndsay Van Rensselaer, Respondent, v. Stephen W. Dorsey, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Fred B. Wilson, Appellant, v. Robert T. Lyons, Respondent.— Judgment affirmed, with costs. No opinion.

William A. Hauff, Respondent, v. Herrmann Furniture and Plumbers. Cabinet Works, Appellant.— Judgment and order affirmed, with costs' No opinion.

Harris H. Uris, Respondent, v. Cathedral Parkway Realty Company, Impleaded with Simon Uhlfelder and Abraham Weinberg, Appellants.— Judgment affirmed, with costs. No opinion.

Mamie Milnis, Appellant, v. Robert C. Cornell, Respondent.— Judgment affirmed, with costs. No opinion.

Jacob Marx, Appellant, v. William J. Gaynor, Mayor of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Paul Le Moyne, as Administrator, etc., of Joseph Ray Le Moyne, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order reversed and motion granted to the extent of requiring defendant to furnish the particulars called for in the 4th and 5th paragraphs of the plaintiff's demand, without costs to either party. No opinion. Order to be settled on notice.

Eva Speiser, an Infant, by Muriel Speiser, Her Guardian ad Litem,